UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDRES T. RODRIGUEZ,<br><br>       Plaintiff,<br><br>       v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>Administration,<br><br>       Defendant. | NO.  CV-04-3092-FVS<br><br>**JUDGMENT IN A<br>  CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED this 15th day of September, 2005.

JAMES R. LARSEN
District Court Executive/Clerk


by: ___s/Linda Emerson_____
        Deputy Clerk

cc: all counsel